DORIS McCREADY,  SBN 148832
BERNHEIM, GUTIERREZ & McCREADY
255 North Lincoln Street
Dixon, CA 95620
Ph.: (707) 678-4447
Fax: (707) 678-0744
e-mail: law@bernheimlaw.net

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL R. POPESCU,<br><br>Plaintiff,<br><br>v.<br><br>METLIFE, INC. and DOES 1-20,<br><br>Defendants. | NO.<br><br>COMPLAINT FOR BREACH OF CONTRACT; BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING; AND INFLICTION OF EMOTIONAL DISTRESS |

COMES NOW, plaintiff GABRIEL R. POPESCU, (hereinafter Popescu) for causes of action against METLIFE, INC. (hereinafter MetLife) and Does 1-20.

1. The action arises under the federal Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. section 1001, et. seq.

2. On or before November 2001, in Solano County, California, defendant executed, issued and delivered to plaintiff, as part of a group policy, as the named insured, its written policy of disability insurance number 98324-G, hereinafter referred to as the "policy", in consideration of an initial premium.  Said premium was paid by plaintiff or his agent to defendant and accepted by defendant as  consideration for the execution, issuance, and delivery of the policy, and in further consideration of the payment to defendant of a monthly premium paid during each succeeding month or designated period of time.

of the policy, and in further consideration of the payment to defendant of a monthly premium paid during each succeeding month or designated period of time.

3. The policy provides that if plaintiff should become disabled from working while the policy is in full force and effect that plaintiff will receive benefits in the form of monthly payments. A copy of the Plan Booklet (Your Employee Benefit Plan) is attached as Exhibit A.

4. At the time the policy was issued, and including to the time the plaintiff was injured as herein alleged, plaintiff was employed as a Registered Nurse or a Supervising Registered Nurse.

5. On or about May 16, 2004, while the policy was in full force and effect, plaintiff was injured, and said injury led to his disability, which limited him from performing the material and substantial duties of his usual occupation. Plaintiff has not performed his usual occupation or any other occupation since that date.

6. The policy provides that if an injury occurs after inception of the policy, which prevents the insured from performing the usual duties in that occupation, then disability benefits will be paid after a 180 day waiting period.

7. Plaintiff submitted his notice of claim to MetLife. On or about November 17, 2004, Defendant MetLife began paying to Plaintiff the Long Term Disability benefits in the amount of $3,839.55 per month.

8. On or about September 16, 2011, MetLife informed plaintiff that benefits would be terminated, and MetLife stopped paying benefits.

9. Plaintiff pursued administrative remedies per the MetLife procedures. On or about January 18, 2012, MetLife mailed a letter to Plaintiff saying that benefits were terminated and that all administrative remedies had been exhausted.

10. There is due and owing to plaintiff the amount of the Total monthly benefit, $3839.55 per month, beginning September 16, 2011 and continuing each month at that rate to date of entry of Judgment. Through date of filing, June 2013, there are 22 months. This is a total of $84,470.10 past due through June 2013. Additionally, each monthly payment thereafter

BERNHEIM
GUTIERREZ
&
MCCREADY

255 NORTH
LINCOLN
STREET

DIXON
CA 95620

PHONE
(707) 678-4447

FAX
(707) 678-0744

2
COMPLAINT

is due through December 2020 when the plaintiff reaches his 65th birthday and benefits end per the contract.

11. The contract provides for offset of Other Income Benefits.

## CAUSE ONE- BREACH OF CONTRACT

12. Paragraphs 1-11 are incorporated as if fully set forth herein.

13. Defendant offered and plaintiff accepted and paid for a policy which provides that Defendant will pay benefits if plaintiff is disabled from doing work according to his health, education, training and experience. Defendant has refused to pay benefits as set forth in the contract. This refusal is a breach of contract.

## CAUSE TWO- BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING

14. Paragraphs 1-13 are incorporated as if fully set forth herein.

15. Defendant has refused to rely on plaintiff's records of medical diagnoses and treatment and has determined that plaintiff is not disabled though the records establish disability. This is a breach of the covenant of good faith and fair dealing.

## CAUSE THREE- INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

16. Paragraphs 1-15 are incorporated as if fully set forth herein.

17. At all times herein Defendant knew that the insurance benefits were essential to Plaintiff's sustenance, that Plaintiff has not worked due to the injury per his doctor's recommendation. Defendant knew that it was obligated to pay the benefits to Plaintiff. The conduct of the Defendant insurer has been malicious and oppressive to Plaintiff. As a result of this malicious and oppressive conduct, Plaintiff has suffered great mental anguish, humiliation, and shame, all to his damage in the amount of $100,000.00.

18. The conduct of the defendant insurer in this action has been intentionally and wrongfully performed and has been fraudulent, malicious, and oppressive in its nature, and plaintiff asks for punitive damages in the sum of $100,000.00.

//

BERNHEIM
GUTIERREZ
&
MCCREADY

255 NORTH
LINCOLN
STREET

DIXON
CA 95620

PHONE
(707) 678-4447

FAX
(707) 678-0744

WHEREFORE, Plaintiff prays judgment against Defendant as follows:

1. For the sum equal to all the monthly benefits due together with interest thereon, which is an amount in controversy under 29 U.S.C. 1132, subdivision (f);
2. For punitive damages in the amount of $100,000.00.
3. For costs of suit;
4. For reasonable attorney fees per 29 U.S.C. 1132, subdivision (g);
5. For such other and further relief as the court may deem proper.

Date: 6/20/13

_____
Doris McCready

I declare under penalty of perjury under the laws of the State of California that the foregoing factual statements of this Complaint are true, based on my own knowledge and belief.

Date: 6/17/2013

_____
Gabriel Popescu

BERNHEIM
GUTIERREZ
&
MCCREADY

255 NORTH
LINCOLN
STREET

DIXON
CA 95620

PHONE
(707) 678-4447

FAX
(707) 678-0744